CITY OF PITTSBURGH,

        **Plaintiff,**

        v.                               **Case No. 26-C-1232**

REV GROUP, LLC, et al.,

        **Defendants.**

---

IN RE: FIRE APPARATUS ANTITRUST LITIGATION      **Case No. 26-MD-3179**

---

## ORDER CONSOLIDATING CASE

---

The above-referenced case, 26-C-1232, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-1232 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-1232 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this  15th  day of July, 2026.

                                                     _____
                                                     William C. Griesbach
                                                     United States District Judge